Limin Zheng (SBN 226875 / zheng@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorney for Plaintiff
INFOMOTION SPORTS TECHNOLOGIES, INC.

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
2/10/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFOMOTION SPORTS TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOOV, INC., <br><br> Defendant. | Case No. 15-CV-05436-YGR <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff InfoMotion Sports Technologies, Inc. provides notice that it hereby voluntarily dismisses this action in its entirety, without prejudice.

Dated: February 8, 2016

FISH & RICHARDSON P.C.

By: /s/ Limin Zheng
    Limin Zheng

Attorney for Plaintiff
INFOMOTION SPORTS TECHNOLOGIES, INC.